Christopher M. Lee
State Bar No. 24041319
Eric A. Maskell
State Bar No. 24041409
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
817.265.0123 Phone
817.580.1123 Fax

ATTORNEY FOR DEBTOR(S)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Joe Bob Scroggins | § § | CASE NO. 22-41027-MXM |
| | § | CHAPTER 13 |
| Debtor(s) | § | |
| MARINE ONE ACCEPTANCE CORPORATION | § § | |
| Movant | § § | |
| | § | Hearing date: June 9, 2022 |
| vs. | § § | Hearing time: 9:30 AM |
| Joe Bob Scroggins | § | |
| Debtor(s) | § | |

### RESPONDENT/DEBTOR'S AFFIDAVIT

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| **COUNTY OF TARRANT** | § | |

BEFORE ME, the undersigned authority, on this day personally appeared Joe Bob Scroggins, who after being by me duly sworn and upon oath stated that she is over eighteen (18) years of age, of sound mind, and is qualified and competent in all respects to make this affidavit and does so of her own personal knowledge, and he further stated that the following statements are true and correct and based upon her personal knowledge:

1. Debtor, Joe Bob Scroggins, filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code in Case Number 22-41027-MXM on or about May 3, 2022.

2. On or about May 20, 2022, Marine One, Acceptance Corporation, Movant (hereinafter "Movant") filed a Motion for Relief From Stay seeking a lift of the automatic stay insofar as the property described in the Motion for Relief From Stay.

3. Debtor is not in possession of the 2018 Fifth Wheel Model XLR Nitro Toy Hauler Series.

4. The above-described property is not a burden to the Bankruptcy Estate and should not be abandoned.

5. Debtor has in full force and effect an insurance policy on the above-described property.

6. Movant has indicated that Debtor was delinquent in pre and post petition payments at the time their attorney filed this Motion to Lift Stay. Movant also claims the debtor has deliberately abandoned the property, which was not the case.

7. Debtor would be caused irreparable injury and undue hardship if the Automatic Stay were lifted and Movant was granted leave to sell the property. It is necessary to his reorganization. The property is his homestead. Debtor is in the process of obtaining access to a work truck.

8. Debtor believes he has equity in the property and will further adequately protect Movant's interest.

9. Debtor is current on his Chapter 13 Trustee payments.

WHEREFORE, Debtor respectfully requests that this Court deny Movant's Motion to Lift Stay.

SIGNED this the 25 day of May, 2022.

/s/ [signature]
DEBTOR

SUBSCRIBED AND SWORN TO before me by the above-named Affiant on May 25, 2022, to certify which witness my hand and seal of office.

/s/ [signature]
Notary Public, State of Texas

Melody Rodriguez
My Commission Expires
12/08/2023
ID No. 128807987

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 25, 2022, a true and correct copy of the foregoing *Respondent/Debtor's Affidavit* was served on the following parties in interest by first class mail and/or ECF notification:

Respectfully Submitted,

LEE LAW FIRM, PLLC

*/s/ Christopher M. Lee*
Christopher M. Lee
State Bar No. 24041319
Eric A. Maskell
State Bar No. 24041409
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469.646.8995 Phone
469.694.1059 Fax
ATTORNEY FOR DEBTOR

**CHAPTER 13 TRUSTEE**
Tim Truman
6851 NE Loop 820, Ste 300
N. Richland Hills, Texas 76180

**U.S. TRUSTEE**
United States Trustee
1100 Commerce, Room 976
Dallas, TX 75242

**DEBTOR**
Joe Bob Scroggins
1828 Lariat Dr
Justin, TX 76247

**OPPOSING COUNSEL**
Belle Nunnally & Martin, LLP
2323 Ross Avenue, Ste 1900
Dallas, Texas 75201