Christopher M. Lee
State Bar No. 24041319
Eric A. Maskell
State Bar No. 24041409
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469.646.8995 Phone
469.694.1059 Fax

ATTORNEY FOR DEBTOR(S)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOE BOB SCROGGINS | § | CASE NO. 22-41027-MXM-13 |
| | § | |
| Debtor | § | CHAPTER 13 |
| | § | |

**MOTION TO COMPEL TURNOVER OF COLLATERAL –**
**2022 KTM 350 EXC-F Dirt Bike**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Debtor, JOE BOB SCROGGINS and files his Motion for Turnover of Collateral – 2022 KTM 350 EXC-F Dirt Bike and would respectfully show the court as follows:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. §1334. This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).

2. Creditor, FreedomRoad Financial, has a security interest in the 2022 KTM 350 EXC-F Dirt Bike.

3. On or about February 18, 2022, debtor filed a chapter 13 bankruptcy proceeding bearing case number 22-40352-elm. On or about March 24, 2022 a motion for relief hearing was

held between Texas Trust Credit Union, in reference to his 2020 GMC Pickup. An agreement was reached. In the interim of obtaining possession of the 2020 GMC Pickup, the debtor was arrested while discussing fees and working out the retrieval other property at the "towing yard". Debtor remained incarcerated for approximately 4-5 weeks. The bankruptcy was dismissed on or about March 30, 2022 for non-payment of first payment.

4. Debtor filed the current petition under Chapter 13 on or about May 3, 2022. The debtor has filed all of the required schedules, statements and chapter 13 plan timely. The debtor is also current with the chapter 13 trustee payments. The debtor has obtained full time employment and believes this bankruptcy filing will be successful and completed.

5. Counsel for the creditor, FreedomRoad Financial, contacted our office in reference to a §362 conference call for a Motion for Relief from Automatic Stay that has been filed with the court and set for hearing on June 9, 2022. Creditor and debtor's counsel were not able to reach an agreement to release the property even though the debtor is in a feasible plan.

6. Debtor has filed the pending case in good faith. A substantial change in the financial and personal affairs of the Debtor has occurred since the dismissal of the previous case.

7. Debtor believes he will fully perform the terms of a confirmed plan in the pending case and will be able to pay the amount due to his creditors through his chapter 13 plan.

8. The said 2022 KTM 350 EXC-F Dirt Bike is also a conversion bike. The bike can also be a street legal motorcycle. The bike is necessary for reorganization since the debtor does not have a vehicle to travel to and from jobsite to jobsite.

WHEREFORE, PREMISES CONSIDERED, Debtor, Joe Bob Scroggins, respectfully prays this court order creditor, FreedomRoad Financial turnover the 2022 KTM 350 EXC-F dirt bike and allow the debtor maintain the property and to continue in his proposed chapter 13 plan and pay his creditors.

Dated: May 31, 2022

Respectfully Submitted,

By: /s/Eric Maskell
Christopher M. Lee
State Bar No. 24041319
Eric A. Maskell
State Bar No. 24041409
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646.8995 Phone
469.694.1059 Fax

ATTORNEY FOR DEBTOR(S)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 31, 2022, a true and correct copy of the foregoing was served on all parties in interest below and on the attached mailing matrix.

**DEBTOR**:
Joe Bob Scroggins
1828 Lariat Dr
Justin, TX 76247

**STANDING CHAPTER 13 TRUSTEE**:
Tim Truman
6851 NE Loop 820, Ste 300
N. Richland Hills, Texas 76180

**U.S. TRUSTEE**
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242

**Opposing Counsel**
Patrick M. Lynch
Quilling Selander Lownds Winslett & Moser, PC
2001 Bryan Street, Ste 1800
Dallas, Texas 75201

/s/ Eric Maskell
Eric Maskell
State Bar No. 24035997
ATTORNEY FOR DEBTOR