Patrick M. Lynch, Esq.
State Bar Number 24065655
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100 (telephone)
(214) 871-2111 (telefax)
Email: plynch@qslwm.com

Attorneys for FreedomRoad Financial

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § § § | |
| Joe Bob Scroggins, | § § | Case No. 22-41027-mxm13 |
| Debtor. | § § § § § § | |
| FreedomRoad Financial, | § § § | |
| Movant, | § § § | |
| v. | § § § | |
| Joe Bob Scroggins, | § § | |
| Debtor-Respondent. | | |

**NOTICE OF TERMINATION OF AUTOMATIC STAY**

NOW COMES FreedomRoad Financial and certifies that the Debtor has failed to comply with the terms of the Order entered on June 23, 2022, concerning the motor vehicle described as a 2022 KTM 350 EXC-F dirt bike, VIN: VBKEXG409NM221177, and therefore files this Certificate of Default.

DATED July 18, 2022.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS, WINSLETT &
MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100 (telephone)
(214) 871-2111 (telefax)


By: /s/ Patrick M. Lynch
    Patrick M. Lynch
    State Bar Number 24065655
    Email: plynch@qslwm.com

ATTORNEYS FOR MOVANT,
FREEDOMROAD FINANCIAL

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon the parties listed below by First Class Mail, postage prepaid, or by electronic filing notification, on July 18, 2022.

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202

Christopher Marvin Lee, Esq.
Lee Law Firm, PLLC
8701 Bedford Euless Road, Suite 510
Hurst, TX 76053

Joe Bob Scroggins
1828 Lariat Drive
Justin, TX 76247

Tim Truman, Chapter 13 Trustee
6851 N.E. Loop 80, Suite 300
North Richland Hill, TX 76180

          /s/ Patrick M. Lynch
          Patrick M. Lynch