OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
(817) 498-1362 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NUMBER: 22-41027-MXM |
| § | | |
| JOE BOB SCROGGINS § | | CHAPTER 13 |
| § | | |
| DEBTOR § § § | | COURT HEARING:  Thursday, November 17, 2022 at 8:30 AM |

**TRUSTEE'S 14 DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL
AND NOTICE OF COURT HEARING  (PRE-CONFIRMATION)**

**Notice is HEREBY GIVEN** to the above named Debtor and to the Debtor's Attorney that the Trustee intends to certify the above numbered Chapter 13 case for Dismissal for the following reason(s) :

The Debtor did not pay to the Trustee when due one or more payments (except the first) specified in Debtor's Plan, as required by Section 3(e) of General Order 2021-05.

1. The exact dollar amount due to completely bring all payments current as of the 14th day after the date of this Notice is **$4,311.00**.

    **\*\*MAIL CERTIFIED PAYMENTS TO P.O. BOX 961076, FORT WORTH, TEXAS 76161-0076\*\***

2. Due date is **Nov 14, 2022**.  Payments must be received by 4:00 PM.

    **FAILURE TO BRING ALL PAYMENTS CURRENT BY  NOV 14, 2022, OR FAILURE TO  RESOLVE THE DELINQUENCY ON THE CASE, SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY COURT WITHOUT FURTHER NOTICE.**

    **ANY WRITTEN OBJECTION OR RESPONSE MUST BE FILED WITH THE COURT AT <u>US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX 76102</u>.  ANY OBJECTION OR RESPONSE NOT RESOLVED WILL BE HEARD BY THE HONORABLE MARK X MULLIN ON** November 17, 2022   8:30 am AT 501 W. 10TH STREET,  ROOM 128, FORT WORTH, TX  76102

/s/ Tim Truman
_____
Tim Truman, Trustee, State Bar # 20258000
OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
(817) 498-1362 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing "Trustee's 14 Day Notice of Intent to Certify Chapter 13 Case for Dismissal and Notice of Court Hearing" was served on the parties listed below in the manner listed below on or before October 28, 2022.

**BY FIRST CLASS MAIL:**

JOE BOB SCROGGINS, 1828 LARIAT DR, JUSTIN, TX 76247-0000

**ELECTRONIC SERVICE:**

LEE LAW FIRM PLLC, 8701 BEDFORD EULESS RD STE 510, HURST, TX 76053
AIS PORTFOLIO SERVICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK 73118
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242

/s/ Tim Truman

Tim Truman, Trustee
State Bar# 20258000